IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NAKESHA CLARK,

Plaintiff,

v.

GRANITE NURSING & REHABILITATION CENTER, LLC,

Defendant.

Case No. 22-cv-599 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated:** 12/19/2022      MONICA A. STUMP, Clerk of Court

s/ Tina Gray, Deputy Clerk

**Approved:**   *s/J. Phil Gilbert*
J. PHIL GILBERT
DISTRICT JUDGE